1  WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio Ramirez, ) | No. CV 05-3912-PHX-JAT |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

On April 3, 2006, the Magistrate Judge issued a Report and Recommendation recommending that the Complaint in this case be dismissed without prejudice for Plaintiff's failure to comply with Local Rule 3.4. Plaintiff did not file an objection to the Report and Recommendation (Defendant has not been served or appeared).

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1126 (D.Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28

1  U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the
2  [report and recommendation] to which objection is made.").
3  Because no objections were filed,
4  **IT IS ORDERED** that the Report and Recommendation (Doc. #6) is accepted and
5  adopted, the Complaint is dismissed, without prejudice, and the Clerk of the Court shall enter
6  judgment accordingly.
7  DATED this 25th day of April, 2006.

James A. Teilborg
United States District Judge